Mark J. Tamblyn (State Bar No. 179272)
Email: *mjt@wexlerwallace.com*
Ian J. Barlow (State Bar no. 262213)
Email: *ijb@wexlerwallace.com*
**WEXLER WALLACE LLP**
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone: (916) 492-1100
Facsimile:  (916) 492-1124

Lee Squitieri
Email: *lee@sfclasslaw.com*
Garry T. Stevens, Jr.
Email: *garry@sfclasslaw.com*
**SQUITIERI & FEARON, LLP**
32 E. 57th St., 12th Floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile:  (212) 421-6553

[Additional counsel appear on signature page]
Attorneys for *Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.N.D. AND J.B.D., minors, by and through JIM DOWNEY as Guardian ad Litem, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No.  CV-11-03287<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

NOTICE IS HEREBY GIVEN that Plaintiffs J.N.D. and J.B.D., by and through their guardian, Jim Downey, and their undersigned attorneys, voluntarily dismiss their action against Defendant Facebook, Inc. ("Facebook") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Facebook has not filed an answer or a motion for summary judgment and no class has been certified.

Dated: August 19, 2011

**WEXLER WALLACE LLP**

By: ___/s/ Mark J. Tamblyn___
Mark J. Tamblyn

Ian J. Barlow
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone: (916) 492-1100
Facsimile: (916) 492-1124

Kenneth A. Wexler
**WEXLER WALLACE LLP**
455 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Lee Squitieri
Garry T. Stevens, Jr.
**SQUITIERI & FEARON, LLP**
32 East 57th Street, 12th Floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553

Joseph R. Santoli
**LAW OFFICES OF JOSEPH R. SANTOLI**
340 Devon Court
Ridgewood, New Jersey 07450
Telephone: (201) 926-9200
Facsimile: (201) 444-1583

Attorneys for *Plaintiffs*